Nov. Term, 1856.

WILSON v. WOLFER.

---

### WILSON, Administrator *v.* WOLFER.

*Thursday, January 8. 1857.*

8  398
159  330

APPEAL from the *Wayne* Court of Common Pleas.
*Per Curiam.*—Action for money had and received. Answer in denial. Jury trial. Instructions given and refused. Verdict for the plaintiff. Motion for a new trial refused. "To all which the defendant excepts, and prays that this his bill of exceptions may be signed," &c. We have often decided that exceptions cannot be reserved in this way. Exceptions cannot be taken in gross to all the rulings in a cause. Each decision, when made, must be excepted to. *Stump* v. *Fraley*, 7 Ind. R. 679.—*Corey* v. *Rhineheart*, 2 *id.* 290.

The judgment is affirmed, with 5 per cent. damages and costs.

*O. P. Morton* and *J. B. Julian*, for the appellant.
*G. W. Julian*, for the appellee.